## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DANIEL LOUGHRAN AND MARGARET LOUGHRAN,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, ET AL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  No. 19 C 4023<br>)<br>)  Judge Virginia M. Kendall<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of Defendant(s)

and against Plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other: Case is dismissed for want of prosecution due to Plaintiffs failure to appear.

---

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date:  7/14/2022                                              Thomas G. Bruton, Clerk of Court

                                                                            /s/Lynn Kandziora , Deputy Clerk